NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0005131
14-APR-2014
08:21 AM

NO. CAAP-13-0005131

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JOANNA K. NISHIGUCHI, Plaintiff-Appellant, v.
LAURENCE E. NISHIGUCHI, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 12-1-6401)

ORDER GRANTING THE APRIL 7, 2014
MOTION FOR DISMISSAL OF APPEAL
(By: Nakamura, Chief Judge, Foley and Leonard, JJ.)

Upon consideration of the Motion for Dismissal of Appeal (Motion for Dismissal) filed on April 7, 2014 by Plaintiff-Appellant Joanna K. Nishiguchi, and the records and files herein,

IT IS HEREBY ORDERED that the Motion is granted pursuant to HRAP Rule 42(b), and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, April 14, 2014.

*[signature]*
Chief Judge

*[signature]*
Associate Judge

*[signature]*
Associate Judge